# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KERVIN ABRAHAM MORALES RONDON,<br><br>  Petitioner,<br><br>v.<br><br>MICHAEL BERNACKE, *et al.*,<br><br>  Respondents. | Case No. 2:25-cv-01979-RFB-BNW<br><br>**ORDER** |

Kervin Abraham Morales Rondon, an immigration detainee being held at Nevada Southern Detention Center, has filed a counseled Petition for Writ of Habeas Corpus. ECF No. 1. Following a preliminary review of the Petition, the Court directs that the Petition be served on Respondents and orders Respondents to file a response. Additionally, the Court finds this Petition is related to two putative class actions pending before the undersigned Judge: Case Nos. 2:25-cv-01542-RFB-EJY; 2:25-cv-01553-RFB-BNW.

Therefore, **IT IS HEREBY KINDLY ORDERED** that the Clerk of Court:

1. **DELIVER** a copy of the Petition (ECF No. 1), the Appendix (ECF No. 2), and this Order to the U.S. Marshal for service.

2. **SEND**, through CM/ECF, a copy of the Petition (ECF No. 1), the Appendix, (ECF No. 2), and this Order to the United States Attorney for the District of Nevada in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) by adding United States Attorney for the District of Nevada to the docket as an Interested Party at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, caseview.ecf@usdoj.gov.

3. **MAIL** a copy of the Petition (ECF No. 1), the Appendix (ECF No. 2), and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

      1) Michael Bernacke, Salt Lake City Field Office Director, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096

      2) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528

      3) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530

      4) John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

      3. **RELATE** this matter to Case Nos. 2:25-cv-01542-RFB-EJY; 2:25-cv-01553-RFB-BNW.

      **IT IS FURTHER ORDERED** that the U.S. Marshal **SERVE** a copy of the Petition (ECF No. 1), the Appendix (ECF No. 2), and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

      **IT IS FURTHER ORDERED** that, pursuant to General Order 2025-07, In Re: Stay of Civil Proceedings Involving the United States During Lapse of Appropriations, Petitioner's counsel is instructed to **SEND** by electronic mail a courtesy copy of the Petition and Appendix to the Civil Division of the U.S. Attorney's Office for the District of Nevada at USANV.CivilDuty@usdoj.gov and on the Civil Chief for the U.S. Attorney's Office for the District Nevada at Summer.Johnson@usdoj.gov.

      **IT IS FURTHER ORDERED** that counsel for Respondents **FILE** a notice of appearance within **2 days** of the date of this Order and **FILE AND SERVE** their response to the Petition within **7 days** of the date of this Order, unless additional time is allowed for good cause shown.

      **IT IS FURTHER ORDERED** that Petitioner has **5 days** following the filing of the response to the Petition to file a reply, if desired.

///

///

///

**IT IS FURTHER ORDERED** that Local Rule LR 7-2(b) governs the scheduling for responses and replies to all other motions filed by either party and Local Rule LR 7-4 governs any requests for emergency relief.

**DATED:** October 22, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**